LAW OFFICES OF JAMES E. BLATT
16000 Ventura Blvd.
Penthouse Suite 1208
Encino, California 91436-2746
Telephone: 818/986-4180
Facsimile: 818/990-4839

    James E. Blatt, Esq.  (SBN 56571)
    email: j.blatt@jamesblatt.com

    Michael G. Raab, Esq. (SBN 176112)
    email: m.raab@jamesblatt.com

Attorneys for Defendant,
FAUSTO URIARTE RODRIGUEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 01:08-CR-00256-002-AWI |
| Plaintiff, | ) |
| | ) ORDER TO CONTINUE SENTENCING |
| v. | ) |
| | ) Current Date: March 6, 2009 |
| FAUSTO URIARTE RODRIGUEZ, | ) |
| | ) Proposed Date: May 4, 2009 |
| Defendant. | ) |

    Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED, that defendant Rodriguez' sentencing date is continued from March 6, 2009, to May 4, 2009, at 11:00 AM.


IT IS SO ORDERED.

Dated:   March 4, 2009            /s/ Anthony W. Ishii
                                  CHIEF UNITED STATES DISTRICT JUDGE